UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: |
| ) | |
| Plaintiff ) | **CORPORATION DISCLOSURE** |
| ) | **STATEMENT** |
| vs. ) | |
| ) | |
| **Pat Gluck** ) | |
| ) | |
| Defendant ) | 05 10101 WGY |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts I, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Massachusetts I, Inc. is wholly owned by Comcast MO of Delaware, Inc.

                              Respectfully Submitted for the Plaintiff,
                              Comcast of Massachusetts I, Inc.
                              By Its Local Counsel,

1/11/05
Date

                              John M. McLaughlin
                              **Green, Miles, Lipton & Fitz-Gibbon**
                              77 Pleasant Street
                              P.O. Box 210
                              Northampton, MA 01061
                              Telephone: (413) 586-0865
                              BBO No. 556328