UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 0510101-WGY

COMCAST OF MASSACHUSETTS, INC.,
    Plaintiff,

v.

PETER GLUCK,
    Defendant.

## DEFENDANT PETER GLUCK'S ANSWERS TO PLAINTIFF'S COMPLAINT

### NATURE OF ACTION

1. Paragraph 1 is jurisdictional in nature and does not require an admission or denial by the defendant. To the extent that additions are made, they are denied.

2. Paragraph 2 is jurisdictional in nature and does not require an admission or denial by the defendant. To the extent that additions are made, they are denied.

### PARTIES

3. The defendant is without sufficient information to either admit or deny the allegations contained in paragraph 3.

4. The defendant admits to the allegations contained in paragraph 4.

### JURISDICTION AND VENUE

5. Paragraph 5 is jurisdictional in nature and does not require an admission or denial by the defendant. To the extent that additions are made, they are denied.

6. Paragraph 6 is jurisdictional in nature and does not require an admission or denial by the defendant. To the extent that additions are made, they are denied.

### GENERAL ALLEGATIONS

7. The defendant is without sufficient information to admit or deny the allegations contained in paragraph 7.

8. The defendant is without sufficient information to admit or deny the allegations contained in paragraph 8.

9. The defendant is without sufficient information to admit or deny the allegations contained in paragraph 9.

10. The defendant is without sufficient information to admit or deny the allegations contained in paragraph 10.

11. The defendant is without sufficient information to admit or deny the allegations contained in paragraph 11.

12. The defendant is without sufficient information to admit or deny the allegations contained in paragraph 12.

13. The defendant denies the allegations contained in paragraph 13.

14. The defendant denies the allegations contained in paragraph 14.

15. The defendant denies the allegations contained in paragraph 15.

16. The defendant denies the allegations contained in paragraph 16.

## COUNT -I

### (Violation 47 USC §53)

17. The defendant reasserts his responses to paragraphs 1 through 16 as if fully incorporated herein.

18. The defendant denies the allegations contained in paragraph 18.

19. The defendant denies the allegations contained in paragraph 19.

20. The defendant denies the allegations contained in paragraph 20.

21. The defendant denies the allegations contained in paragraph 21.

22. The defendant is without sufficient information to admit or deny the allegations contained in paragraph 22.

23. The defendant denies the allegations contained in paragraph 23.

## COUNT II

## (Conversion)

24. The defendant reasserts his responses to paragraphs 1 through 23 as if fully incorporated herein.

25. The defendant denies the allegations contained in paragraph 25.

26. The defendant denies the allegations contained in paragraph 26.

27. The defendant denies the allegations contained in paragraph 27.

## JURY CLAIM

The defendant requests a trial by jury on all counts.

## AFFIRMATIVE DEFENSES

**First**

The plaintiff has failed to state a claim upon which relief can be granted.

**Second**

The plaintiff is time barred pursuant to the statute of limitations.

**Third**

The plaintiff has released the defendant from liability.

**Fourth**

The plaintiff has waived liability against the defendant.

**Fifth**

The plaintiff is estopped from asserting any claims against the defendant.

**Sixth**

Any of the actions alleged by the plaintiff against the defendant by the acts and/or omissions of a third party.

Defendant, Peter Gluck,
By his attorneys,


/s/Stephen C. Pfaff
Douglas I. Louison BBO# 545191
Stephen C. Pfaff BBO# 553057
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on the 4th day of March, 2005, I served the foregoing by electronically filing and causing a copy to be mailed, postage prepaid, directed to: John M. McLaughlin, Esquire, Greene, Miles, Lipton & Fitz-Gibbon, P.O. Box 210 77 Pleasant Street, North Hampton, MA 01061-0210

/s/Stephen C. Pfaff
Stephen C. Pfaff
