AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
CLERKS OFFICE
2005 MAR -7 P 2: 59
U.S. DISTRICT COURT

Comcast of Massachusetts I, Inc.

V.

Pat Gluck

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10101 WGY**

TO: (Name and address of Defendant)

Pat Gluck
6 Pluff Avenue
North Reading, MA 01864

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

1-14-05

DATE

♦AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 7, 2005

I hereby certify and return that on 2/1/2005 at 2:00PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET & CASE COVERSHEET in this action in the following manner: To wit, by delivering in hand to PETER GLUCK, ACCEPTING SERVICE FOR PAT GLUCK, at , 6 PLUFF Avenue, NORTH READING, MA 01864. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($9.60) Total Charges $50.10

* Corporate Disclosure Statement

                                                                    _____
                                                                                *Deputy Sheriff*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.