# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action No: <u>05-10101-WGY</u>

COMCAST
Plaintiff

v.

PAT GLUCK
Defendant

### SETTLEMENT ORDER OF DISMISSAL

YOUNG, C.J.

      The Court having been advised on April 5, 2005, that the above-entitled action has been settled:

    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Marie Bell
Deputy Clerk

April 5, 2005

To: All Counsel