UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ("Comcast") | ) Case No.: **05-10101-WGY** ) |
| Plaintiff, | ) **STIPULATION OF DISMISSAL** ) **WITH PREJUDICE** ) |
| vs. | ) ) |
| **Pat Gluck** | ) ) |
| Defendant | ) ) |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

_____4/19/05_____   /s/ John M. McLaughlin
Date                  John M. McLaughlin
                      **Green, Miles, Lipton & Fitz-Gibbon**
                      77 Pleasant Street
                      P.O. Box 210
                      Northampton, MA 01061
                      Telephone: (413) 586-0865
                      BBO No. 556328

1

                                      Respectfully Submitted for the Defendant,
                                      By His Attorney,

_4/14/05_  
Date

                                      /s/ Stephen  
                                      Stephen C. Pfaff  
                                      Merrick, Louison & Costello  
                                      67 Batterymarch Street  
                                      Boston, MA 02110  
                                      617-439-0305  
                                      spfaff@merricklc.com